UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASSANDRA LOFLEY,

     Plaintiff,

v.                                                        CASE NUMBER:

SWIFT TRANSPORTATION COMPANY OF
ARIZONA, LLC and AYHAN APAYDIN,

     Defendants.

_____/

### NOTICE OF REMOVAL

Defendant SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC ("Swift"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(b)(1), hereby remove this cause from the Circuit Court of the Thirteenth Judicial Circuit in Hillsborough County, Florida, Case No. 12-01803, to the United States District Court for the Middle District of Florida, Tampa Division. In support thereof, Defendant states:

1.      On November 16, 2012, Plaintiff filed this civil action against Swift and Ayhan Apaydin in the Thirteenth Judicial Circuit in Hillsborough County, Florida, Case No. 12-01803. A summons for Swift was issued on November 16, 2012.  A copy of the Complaint and Summons are attached hereto as **Exhibit 1.**

2.      The summons was served upon Swift's registered agent on November 21, 2012. A Copy of the Return Service of Summons for Swift is attached as **Exhibit 2.**

3.      Plaintiff has not served a Summons upon Defendant Apaydin as of the date this notice was filed.

4.      The attached exhibits constitute a copy of the State circuit court's file, including all process, papers, orders, and pleadings filed in this cause.

5.      Removal is timely pursuant to 28 U.S.C. § 1446(b), in that less than 30 days have passed since Swift was served with the Summons and Complaint, and this removal is taken within one year of the commencement of suit.

6.      In accordance with 28 U.S.C. §1446(d), Swift has served a copy of this Notice of Removal on the Plaintiff and the Clerk of the Thirteenth Judicial Circuit in Hillsborough County, Florida.  Attached hereto as **Exhibit 3** is a copy of the Notice of Filing Notice of Removal.

7.      Removal is authorized by 28 U.S.C. § 1441, and is based on this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

## Diversity of Citizenship

8.      For purposes of diversity jurisdiction, "[c]itizenship is equivalent to 'domicile.'"  *See McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002). "A person's domicile is the place of 'his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom . . . .' " *Id. (quoting Mas v. Perry,* 489 F.2d 1396, 1399 (5th Cir. 1974)). In cases like this one, a corporation is considered a citizen of any State in which it has been incorporated and of the State where it has its principle place of business. *See* 28 U.S.C. § 1332(c)(1).

9.      Plaintiff is domiciled in Hillsborough County, Florida.  *See* Complaint at ¶ 2.

10.     Swift is a corporation organized under the laws of the State of Delaware and has its principle place of business in the State of Arizona.

11.     Ayhan Apaydin is domiciled in Laredo, Texas.  See Complaint at ¶ 3.

2

12.     Accordingly, complete diversity of citizenship exists between the Plaintiff and Defendants for purposes of establishing this Court's jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

**Amount in Controversy**

13.     Moreover, the amount in controversy exceeds the jurisdictional sum of $75,000.

14.     In her Complaint, Plaintiff alleges that she has incurred medical expenses in excess of $111,990.64.  *See* Complaint at ¶ 16.  Plaintiff also claims lost income and diminished capacity to earn money in the future.  *See* Complaint at ¶ 15.

15.     Thus, the amount in controversy for diversity jurisdiction is satisfied, the parties are diverse, and the action is removable to federal court.

WHEREFORE, Defendant SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC respectfully requests that this case be entered upon the docket of the United States District Court for the Middle District of Florida.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of December, 2012, I hand delivered the foregoing to the Clerk of the Court for uploading into the CM/ECF System and that I served a copy on opposing counsel via mail and e-mail to the following: Dorothy S. Towne, Esquire, 238 E. Davis Blvd., Suite 209, Tampa, FL  33606-3756, dtowne@tampabay.rr.com.

TIMON V. SULLIVAN, ESQUIRE
Florida Bar Number: 283010
TSullivan@ogdensullivan.com
DAVID E. HARVEY, ESQUIRE
Florida Bar Number: 610046
DHarvey@ogdensullivan.com

3

OGDEN & SULLIVAN, P.A.
113 South Armenia Avenue
Tampa, FL  33609-3307
(813) 223-5111
(813) 229-2336 Facsimile
Attorneys for Defendant Swift Transportation
Company of Arizona, LLC.