UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSANDRA LOFLEY,

    Plaintiff,

vs.                                Case No. 8:12-cv-02769-T-27AEP

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC et al.,

    Defendants.
_____/

## ORDER

    The Court has been advised by the mediator (Dkt. 19) that this case has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this case is DISMISSED without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. The Clerk is directed to CLOSE the file.

    **DONE AND ORDERED** this 23rd day of August, 2013.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record